UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES EARL ANDREWS, SR.,

    Plaintiff,

v.                                                         Case No. 1:19-cv-413
                                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

    **IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**.

Dated:  March 24, 2021                                         /s/ Ray Kent
                                                                                     RAY KENT
                                                                                     United States Magistrate Judge